UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24069-LENARD/Elfenbein

ADETOLA ILEGBUSI,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI, a Florida not-for-profit corporation,

    Defendant.

_____/

**JOINT SCHEDULING REPORT**

Plaintiff, Adetola Ilegbusi ("Ilegbusi"), and Defendant, University of Miami ("University"), by and through their undersigned counsel and pursuant to the Court's Order dated November 13, 2024 (D.E. 9), hereby file their Joint Scheduling Report. Attached hereto are the Parties' completed (1) Joint Scheduling Form and (2) Joint Consent to Jurisdiction by a United States Magistrate Judge Form.

1. **The likelihood of settlement**

Settlement is not likely at this time. However, the parties will negotiate in good faith and continue to explore the possibility of resolving this case throughout the course of the litigation.

2. **The likelihood of appearance in the action of additional parties**

No additional named parties are anticipated at this time.

3. **The necessity or desirability of amendments to the pleadings**

On October 21, 2024, Plaintiff filed his Complaint. (D.E. 1.) On November 12, 2024, the University moved to dismiss Plaintiff's Complaint. (D.E. 8.) On November 19, 2024, Plaintiff filed an Unopposed Motion for Extension of Time to respond to the University's Motion to

Dismiss, through and including December 6, 2024 (D.E. 13), which the Court granted (D.E. 15). On December 3, 2024, during conferral about this Report, Plaintiff advised that he intended to file an Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a).

4. **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses.**

At this time, the parties do not have any proposals for the formulation and simplification of the issues.

5. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties have no suggestions at this time but shall meet to discuss this issue following the applicable discovery cut-off date and before the pretrial conference to avoid unnecessary or cumulative evidence.

6. **The possibility of obtaining admissions of fact, of possible stipulations regarding the authenticity of documents, and of the need for advance rulings from the Court on admissibility of evidence**

The parties will endeavor to resolve as many evidentiary issues as possible by means of admissions and stipulations. Aside from potential *Daubert* challenges, the parties are not aware of any need for advanced rulings from the Court on admissibility of evidence.

7. **Preliminary estimate of the time required for trial**

The parties estimate that trial of this matter will take four (4) days.

8. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

The parties have no such information at this time.

Respectfully submitted this 3rd day of December, 2024,

| **Christopher J. Rush & Associates, P.A.**<br>Compson Financial Center, Suite 227<br>1880 North Congress Avenue<br>Boynton Beach, Florida 33426<br>Tel.: (561) 369-3331<br>Fax: (561) 369-5902<br><br>By: /s/ Christopher J. Rush<br>    Reid Levin<br>    Florida Bar No. 621706<br>    crush@crushlawfl.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 0092166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant* |