*EXHIBIT "A"*




UNIVERSITY
OF MIAMI
HUMAN RESOURCES

10/11/2022

Adetola Ilegbusi
205 Vassar Avenue
Newark, NJ 07112

Dear Adetola:

Congratulations! I am pleased to formally extend this offer of employment to you. We are excited that you will soon become a valued member of the University of Miami / UHealth. At the U, we are committed to attracting a talented workforce to support our common purpose of transforming lives through education, research, innovation, and service.

As a Director, HIPAA Privacy Compliance at the University of Miami, Miller School of Medicine, you will play an integral role in our organization's success. The details of your position, effective **November 14, 2022** are outlined below. Please note these details are subject to change at your supervisor's discretion.

- Your supervisor is Alyssa Lawrence, Executive Director, UHealth Privacy & Compliance
- Your work location is 1501 NW 9 Ave
- Your annual salary will be $195,000.00 to be paid on a monthly pay cycle, consistent with University pay dates and subject to deductions required by law
- You will be eligible for a relocation bonus of $10,000.00 payable on your first regular paycheck.  This payment will be subject to all applicable taxes.
- You will be eligible for a sign-on/ retention bonus of $10,000.00 to be paid to you over a two (2) year period. This payment will be subject to all applicable taxes. The sign-on/ retention bonus will be paid as follows:

-First Payment 6th Month after Hire date:        $2,500.00
-Second Payment 12th Month after Hire date:  $2,500.00
-Third Payment 18th Month after Hire date:      $2,500.00
-Fourth Payment 24th Month after Hire date:  $2,500.00

I understand that during the two **(2)** year period commencing 11/14/22 and ending 11/14/24**:**

Oct 11, 2022 12:14 PM



**UNIVERSITY**
**OF MIAMI**
HUMAN RESOURCES

- If I voluntarily change my status and work less than 32 hours per week, change my employment to Per Diem status, resign, or if I am terminated for whatever reason, or no reason, before fulfilling the above two **(2)** year commitment at University of Miami, I will be required to repay to the University of Miami any monies previously paid to me by University of Miami as a sign-on bonus and I will forfeit and right to any remaining sign-on bonus payments.

- If I am required to repay any monies pursuant to this letter, I agree that the University of Miami may deduct the monies due from my last paycheck.  Should my paycheck be insufficient to cover the money I am required to repay to the University, I agree to pay University of Miami the balance in full within ten (10 business days of receiving my last paycheck, or to sign an agreement to pay the remaining balance according to a mutually agreed schedule.

- I further agree that if my employment is interrupted by a leave-of-absence for any period of time, payments of the remaining sign-on bonus will stop and resume only upon my return to fulltime status.

- This Agreement is not a Guarantee of Employment for any length of time.  This is only an Agreement with regard to a sign-on/ retention bonus and no other aspect of your employment with University of Miami.

- In addition to the compensation, the University of Miami offers a 'Canes Total Rewards package. Click on the link to review the benefits information: https://www.hr.miami.edu/_assets/pdf/benefits-content/welcome-book-uhealth.pdf.

- There are fees associated with parking on campus that can be deducted from your pay in most circumstances. Please click on the relevant link below to review details, rates and other helpful information for Parking at the campus that you will be working at: Parking at the Medical Campus, Parking at the Gables Campus or Parking at the Rosential Campus. Alternatively, you may call the department of Parking & Transportation at 305-243-6280 (Medical) and 305-284-3096 (Coral Gables) with any questions. To review other transportation options to get to your place of work go to Transportation Options.

- To prepare for your new role at the University, you will attend the new employee orientation program(s). Please refer to Orientation Addendum.

Should you have any HR related questions upon commencement of your employment, please contact Cathiana St Preux at cstpreux@miami.edu

Please understand that this offer of employment is contingent upon successful completion of a personal background check which, depending on your role at the University, may include a criminal background check, drug screening, verification of previous employment and education, a department of motor vehicles check, and a consumer credit check.

The availability of this position being offered to you is contingent upon proof of work authorization and/or U.S. citizenship, and completing the Form I-9, as required by the Immigration Reform and Control Act of 1986. This federal law requires that the University verify, for citizens and non-citizens alike, the identity and authorization to work for all new employees.

The University of Miami currently participates in the E-Verify Program, which allows an employer—using the information reported on the Form I-9—to confirm the eligibility of an employee to work in the United States. The E-Verify system is operated by the U.S. Department of Homeland Security (DHS) in partnership with the Social Security Administration (SSA).

Oct 11, 2022 12:14 PM



To ensure the safety of our workforce, the University of Miami / Miller School of Medicine / UHealth System requires that all faculty and staff receive Influenza (flu) and COVID-19 vaccinations. Flu shots are required each flu season; COVID-19 vaccination will be required upon hire. Applicants who accept an offer of employment must provide documentation of a completed COVID-19 vaccine series no later than the start date. Applicants for positions who accept an offer of employment during the flu season, must also receive a flu vaccination prior to commencing work with the University. An employee may apply for a religious or medical exemption, as applicable. Please submit proof of vaccinations or contact your recruiter for additional information. Based on vaccination status, other safety protocol may apply. Failure to comply with vaccination guidelines may result in termination of employment. The University reserves the right to require further COVID-19 vaccinations after hire as may be recommended or required by future public health guidelines.

**Please indicate your acceptance of this offer by submitting your electronic signature within 24 hours.**

We are excited about you becoming a part of our team, and joining us in our mission to transform lives every day.

Sincerely,

Tyahna Rodriguez

Recruiter - Human Resources

### Orientation Addendum

Welcome to the U! You are now a member of a vibrant and diverse academic, research, and clinical community that is dedicated to transforming the lives of our students, patients, faculty, and staff. Your two new employee orientations, I am the U and We Care, will be hosted online via Zoom on **11/14/22** (Details shall be emailed on the Friday before your start date).

### "I am the U" Orientation

In this session, you will learn about our rich history and culture. You will receive information pertaining to your benefits, resources available to you as a 'Cane, as well as how to access and complete your online onboarding required education (CBLs). After this session, you will have a 15-minute break, please stay connected on the same link for your next orientation.

### "We Care" Orientation

In this session you will be provided an informative introduction to the UM Health System's mission, history, strategic priorities, culture of patient focus, and care for each other. You will also receive important information about compliance, HIPAA, patient experience, and more.

Oct 11, 2022 12:14 PM

UNIVERSITY
OF MIAMI
HUMAN RESOURCES

I have read and understand the above referenced terms and conditions of employment and hereby accept the University of Miami's offer of employment.

Name: Adetola Ilegbusi          Signature:

Date:

Oct 11, 2022 12:14 PM