# *EXHIBIT "B"*



January 31, 2023

**_Hand Delivered_**
Adetola Ilegbusi
205 Vassar Avenue
Newark, NJ 07112

Dear Mr. Ilegbusi,

On November 19, 2022, you were hired as a Director, HIPAA Privacy Compliance in the Office of UHealth Compliance. As an exempt employee, you have a minimum probationary period of 180 calendar days.  During your probationary period, we have had numerous conversations regarding performance related issues.  Additionally, your performance has been evaluated and has reflected areas of concern.  Specifically, you were counseled regarding your lack of demonstrated knowledge of Privacy-related topics, presentations skills, and inability to achieve goals independently.  Additionally, during a budget meeting on January 30, 2023, you admitted that you had not started the coursework toward completing the required certifications as stated during your interview.  Moreover, you indicated that you have a Certification in Healthcare Privacy Compliance (CHPC) on your resume.  However, you have been unable to log into the CCB website to provide verification of the certification.

Despite the provision of training and other resources, you continue to demonstrate significant deficiencies in your performance that make your continued employment with the University of Miami untenable.  As a result of your unsatisfactory work performance during your probationary period, your employment with the University is terminated effective immediately.

You must return all University property issued to you upon employment (ID badge, access cards, parking permit, keys, computer, etc.) to me or Cathiana St. Preux, HR Manager, as soon as possible so that any accrued vacation balance you have can be remitted to you.

If you (and your dependents) are currently enrolled in the University's medical and/or dental plans, your coverage will end on January 31, 2023.  Effective February 1, 2023 you (and your dependents) are entitled to elect continuation of coverage under COBRA for a period up to 18 months.  A COBRA election package will be mailed to your address on record with the University following the effective date of your separation.  Should you have any questions concerning your benefits, please contact Human Resources' Office of Benefits Administration at (305) 284-3004 for more information.

Sincerely,

*[signature]*

Alyssa Lawrence
Executive Director, UHealth Privacy & Compliance

cc:   Human Resources
      Personnel File