*EXHIBIT "C"*

**Adetola Ilegbusi**
Newark, NJ 07112-████████████

## EDUCATION

**Columbia University, Mailman School of Public Health, NY** - **Master of Public Health** in Healthcare Management             **2013**
Harriet and Robert H. Heilbrunn Scholarship

**University of Florida, FL** - **Bachelor of Science** in Information Systems & Operations Management             **2010**
Bright Futures Scholarship, UF Platinum Scholarship

## CERTIFICATIONS

| | |
|---|---|
| **Certified in Healthcare Privacy Compliance (CHPC)** | **2019** |
| **(ISC)2 Certified Authorization Professional (CAP)** | **(Anticipated) 2022** |
| **Certified Information Systems Security Professional (CISSP)** | **(Anticipated) 2022** |

## PROFESSIONAL EXPERIENCE

**Healthfirst**, New York City, NY                                                                                                                              **03/2020-present**
*Senior Privacy Manager – Privacy Dept.*
- Serves as department subject matter expert for Healthcare IT government programs including 21st Century Cures Act (Interoperability & Patient Access Rules, Information Blocking)
- Primary lead for maintaining, ensuring, and fostering an environment that enhances and promotes compliance with privacy related laws, regulations, policies and procedures in an effort to build a corporate culture of privacy
- Maintains collaborative relationships both internally within the IT department and externally with business stakeholders
- Led team of senior analysts in order to develop internal and external privacy metrics to align with the corporate strategy to increase efficacy, ensure regulatory compliance, and drive high quality outcomes
- Led all Healthfirst privacy impact assessments in order to identify risks involving the collection, access, use, protection, storage and destruction of Protected Health Information and Personal Identifiable Information.
- Collaborate with stakeholders to develop risk mitigation plans
- Maintains Healthfirst's Breach Incidence Response Plan
- Manages, conducts, and designs Healthfirst's privacy walk – throughs of its corporate site and off-site locations

**NY Care Information Gateway – Mount Sinai Health System**, New York City, NY                                       **08/2018-03/2020**
*Associate Director of Compliance/Privacy Officer*
- Oversee all activities related to the implementation and maintenance of privacy practices, policies and procedures for Health Information Exchange (HIE) across multiple EHR systems
- Implemented and conducted security risk assessment (HIPAA, NIST SP 800-30) identifying potential risks and vulnerabilities to the confidentiality, integrity, and availability of electronic protected health information
- Collaborate with respective functional operations owners to ensure the successful implementation of the defined SHIN-NY roadmap
- Responds to alleged violations of rules, regulations, policies, procedures and standards of conduct by evaluating or recommending the initiation of investigative procedures. Consult with legal counsel as needed to resolve legal compliance issues. Review, revise and oversee system for handling of such violations
- Formulates and develops methods and procedures for monitoring and evaluating implementation and maintenance of health care data standards to assure attainment of quality care and to meet mandated legislative and administrative standards
- Developing, promoting, and enforcing workflow practices to ensure that NYCIG, its vendors, and its participants remain in compliance with HIPAA laws, NYCIG organizational policies, HITRUST certification requirements, MARS-E certification requirements,  New York State Department of Health certification criteria for Regional Health Information Organizations (RHIOs), and the Statewide Policy Guidance (SPG) of the Statewide Health Information Network for New York (SHIN-NY)
- Identify potential areas of compliance vulnerability and risk; develop/implement corrective action plans for resolution of problematic issues, and provide general guidance on how to avoid or address similar situations in the future
- Continuously reassess compliance program to ensure that all organizational activities are achieved in accordance with State and Federal laws, rules and regulations governing compliance and data privacy and security
- Collaborate closely with stakeholders at all levels to identify best practices, create solutions for performance challenges, and support improvement efforts with technical assistance
- Provide regular reports to senior management and the Board of Directors on the operations and progress of compliance efforts
- Develop an effective compliance training program for new employees as well as ongoing trainings for all staff

**Planned Parenthood Federation of America (PPFA)**, New York City, NY                                                       **10/2016-6/2017**
*Senior Manager, Healthcare Reporting-**Data Strategy and Analytics***
- Manage quarterly/annual service-based data and financial reporting, identifying and implementing opportunities to improve efficiency, and accuracy for 56 national affiliates of PPFA

- Design metrics tracking to align against strategic priorities and provide guidance to teams implementing performance dashboards
- Synthesized service/financial based claims data into utilization reports used by the entire Federation to target growth & areas of improvement
- Align PPFA's data and reporting tools and resources with key healthcare/business initiatives, goals and strategies and the needs of key stakeholder groups
- Manage relationships with PPFA affiliates regarding the collection of compliance data and pilot and rollout of new data collection and reporting measures
- Manage the Data & Analytics relationship with EHR vendor: Voxent Healthcare Technology Services
- Supervise, coordinate, and evaluate Healthcare Reporting and Data Management staff on strategic projects and monitoring effectiveness of organizational changes
- Works with advisers from key functional areas to understand potential project impact on the organization, align project work, and execute activities accordingly

**Healthfirst**, New York City, NY                                                                                                                          4/2013-10/2016
*Program Manager (4/2015-10/2016) -* **Clinical Partnerships**
　　　　Manage the flow of projects by creating multiyear roadmaps and maintaining milestone schedules and project metrics, ensuring multi-departmental adherence to schedules, capturing and summarize meeting objectives and outcomes, and outlining key decisions and action items
- Establish strategic priorities and guide the work of centralized teams providing support in alignment with the group's objectives
- Maintains project budgets, time allocation through Sharepoint/Project Server, audits and validates contracted projects
- Develop business, ~~functional~~functional, and technical requirements; maintains all documentation and communicates with team to maintain change control
- Coordinates program management activities by driving the analysis and evaluation of grants, special ~~initiatives~~initiatives, and value-based ricing options for Healthfirst member hospitals using SAS, Excel and Business Intelligence tools
- ·Monitor member/provider-specific HEDIS report cards and perform root cause analysis on performance issues and raise concerns with management
- Lead multi-department collaborative to create utilization reports on Healthfirst members and providers participating in Healthfirst grant initiatives: CMMI Innovation, Project IMPACT, Project INSPIRE, End the Epidemic, RWJ-Postpartum Depressions, FIT4D, Healthy Village ·Manage data by performing quality assurance validation on all reports delivered and ensuring that all reports are regularly refreshed in order to accurately track program progress
- Sole analyst responsible for the synthesis of claims, lab, and pharmacy data to develop episode of care for segmented member populations: Oncology, HCV, and HIV
- Use research methods to analyze various data sets; summarize findings and make recommendations for changes to programs, as necessary through the creation and maintenance of monthly dashboards
- Work on physician EMR systems (such as eClinicalWorks) to create alerts, decision support, extract and analyze patient data in order to implement strategy and test the relative effectiveness of an integrated EHR-CHW intervention on the management of hypertension among South Asians

*Lead Business Analyst (4/2013-4/2015) -* **Claims Analytics**
- Developed and executed comprehensive project plan to test and implement new multi-million dollar products including Medicare Advantage product lines, MLTC project lines and product lines offered on the NY Health Exchange
- Led a team of 5 analysts and 10 claims examiners in the successful troubleshooting of Medicaid, Medicare Advantage and MLTC claim processing issues.  Collaborated with all departments within the company to ensure resolution of these issues.
- Designed plan to ensure salient running of Healthfirst's MOOP process.
- Analyzed defects and performed payment variance analysis within project test plans to increase overall claims processing efficiency
- ·Interfaced with various business units to address the interdepartmental operational impacts, and workflow analysis
- Provided subject matter expertise in the development and review of requirements, ~~review~~review, and assistance with IS unit testing, and transition of projects and knowledge to other Business Analysts
- Oversees the operations of 6 test analysts by: analyzing and reporting relevant information from the larger group to my group through daily meetings, developing a project and test plan for each analyst, providing workflows to the test analysts on best practices, recognizing and diffusing roadblocks to successful performance, which has resulted in a 100% adherence factor
- Mentored 20 analysts/senior examiners on all claims handling procedures including: providing guidance on root cause analysis of Medicaid, Medicare and MLTC claims processing, structuring test plans to ensure they meet the financial and quality goals of the organization
- Served as plan liaison for Vendor of exchange out of network claim by facilitating discussions with the vendor to ensure adherence to Healthfirst and CMS regulatory guidelines. Developed reports to monitor the efficiency and accuracy of all claims processed by vendor thus limiting vendor and claims processing expenses related to the health exchange.
- Worked closely with project management team as the conduit between claims and external departments on 10 projects that exceeded the organizations target completion dates including: implementation of a new explanation of benefits form/process, the incorporation of 200,000 members, preparation for new products (ex: FIDA, HARP), enhancing claims processing system to accept DOH member benefit changes.

**Presscott Associates, Ltd.**, Avon, CT                                                                                                                   5/2012-10/2014
*Healthcare Consultant*
- Worked with payors to negotiate financial and legal sections of all contracts (physician, hospital, IPA, community health center and vendor): drafted SLAs, scopes of services, fee schedules and ensured inclusion of all State mandated language for these contracts
- Assessed economic value of an emerging technology for a client in the life sciences sector
- Developed strategies to identify synergies across the health care value spectrum resulting in a presentation to the Healthcare Financial Management Association
- Produced written reports, financial analysis, and executive level presentations to clients & staff

**Continuum Health Partners Inc.**, New York City, NY                                                                                           06/2010-9/2011
*Telecommunications Administrator (10/2010-9/2011)*
- Managed the deployment of 5000 telecommunications devices issued to hospital staff and administrators
- Increased-operating capacity of emergency telephone card system to 100% within 5-hospital network
- Streamlined pager retrieval process resulting in a 20% reduction in monthly costs ($80,000/year)
- Conducted emergency bypass telephone/command center analysis to ensure 5 hospitals were in compliance with The Joint Commission

*Compensations Analyst/Project Manager (6/2010-10/2010)*
- Analyzed the effectiveness of compensations practices resulting in $30,000/year savings
- Performed annual pay analysis to ensure internal/external equity for 19000 employees
- Established protocol for properly evaluating internal and external job experience for 19000 employees

**ACTIVITIES**

| | | |
|---|---|---|
| **The Brooklyn Hospital Center** | Clinical Research Associate | **2015-2017** |
| **Columbia-Society for African Health Initiatives** | Cofounder/Treasurer | **2011-Present** |
| **National Association of Health Service Executives** | Mentor | **2010-Present** |
| **Continuum Diversity Council** | Secretary | **2010-2011** |
| **African Student Union** | Director | **2009-2010** |