*EXHIBIT "D"*

| | |
|---|---|
| **From:** | Mendez, Jennifer |
| **To:** | Lawrence, Alyssa |
| **Subject:** | Scheduling call with Joanne Martin and Michael Gittelman |
| **Date:** | Thursday, January 19, 2023 3:07:04 PM |

Good afternoon, Alyssa.

Please confirm your availability below to schedule a 30-minute Zoom call with Joanne Martin and Michael Gittelman to discuss the 1/18/23 huddle presentation and potentially arrange an additional Q & A session:

- Wednesday, 2/1:  1 pm, 1:30 pm
- Thursday, 2/2: anytime between 12-3pm
- Friday, 2/3: anytime between 11 am-2:30 pm

Thank you.


**Jennifer Mendez**
Director, Business Operations
Bascom Palmer Eye Institute/Anne Bates Leach Eye Center
UHealth-University of Miami Health System
Office:  305-482-4092
Mobile: 305-281-7911
E-Mail: jmendez@med.miami.edu
http://www.bascompalmer.org

**CONFIDENTIALITY NOTE:** The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.