# *EXHIBIT "E"*

Delete | Archive | Report | Reply | Reply all | Forward

Print   Cancel

## Budgeting meeting with Tola Ilegbusi

Marban, Alexandra Isabel <a.marban@umiami.edu>
Tue 1/31/2023 10:28 AM

To: Dean, Julia Ann <julie.dean@med.miami.edu>;Lawrence, Alyssa <alyssa.lawrence@miami.edu>

Cc: Marban, Alexandra Isabel <a.marban@umiami.edu>

Good morning Alyssa,

Yesterday afternoon (1/30/23) I met with Tola regarding the FY24 Budget for the Privacy department for the second time. As part of my discussion with all the Directors in the office, we review budget needs for licenses and certifications for each Director and their team members. Upon discussing Tola's licenses and certifications, he stated he had not started his CISSP nor his CIPP certification and requested that we budget a $4,000 course for him to begin studying for the CISSP plus the exam. He also stated that it was Julie who requested that he get his CISSP once hired and that the extend of his efforts toward achieving the CIPP was that he had "just downloaded some study materials". Further, Tola was not able to explain or provide proof of his CHPC certification because he was not able to log into his HCCA account.

If you need further information regarding our conversation, please let me know.

Best regards,

**Alexandra Marban, JD, MSF, CHC**
Director, Business Operations
UHealth Compliance
1501 NW 9th Avenue| 4th Floor| Miami, Florida 33136
Office: (305) 243-0160 | Cell: (617) 283-6044
Website: www.uhealthcompliance.med.miami