UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:1:24-cv-24069-LENARD/Elfenbein

ADETOLA ILEGBUSI,

    Plaintiff,

v.

UNIVERSITY OF MIAMI, a Florida not for
Profit corporation,

    Defendant.
_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **June 26, 2025 @ 1:00 P.M.**

_____  AN AGREEMENT WAS REACHED.

_____  The Agreement is attached with consent of the parties.

___✓___  NO AGREEMENT WAS REACHED; IMPASSE.

_____  The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. If no Notice of an agreement is filed with the Court before the end of business on ___/___/____, then this matter shall be deemed an impasse.

_____  Other: _____
_____
_____

*Cindy Niad Hannah* (signature)

Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-16992